02-12-359-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00359-CV

 

 


 
 
 In re GARY WAYNE TARVER
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s “Second Petition For Factual Review And
Sufficiency Of Evidence On Felony DWI Case In Hood Co., Texas,” which we have construed
as a petition for writ of mandamus.  The court is of the opinion that relief
should be denied.  Accordingly, relator’s petition for writ of mandamus is
denied.

 

PER CURIAM

 

PANEL: 
MCCOY, GARDNER, and GABRIEL, JJ.

 

DELIVERED: 
August 29, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).